IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 16-cv-00010-RBJ | Date: March 16, 2016 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| ROBOFLIGHT SYSTEMS LLC<br>**Plaintiff** | *Thomas E.M. Werge* |
| v. | |
| MIDWEST AERIAL TECHNOLOGIES LLC<br>**Defendant** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:01 a.m.

Appearance of counsel.

Plaintiff's witness, Tory Foster, called and sworn.

10:03 a.m.   Direct examination of Mr. Foster by Mr. Werge.
**Exhibits 1 through 14 are admitted.**

**ORDERED:   [18] Motion for Default Judgment is GRANTED, written order to issue.**

**Trademark infringement claim is dismissed without prejudice.**

Court in Recess: 10:41 a.m.        Hearing concluded.        Total time in Court:   00:40